In re The Marriage Of Patricia POWERS, Petitioner-Appellant,

v.

Robert POWERS, Respondent-Respondent.

Nos. 45999, 46272.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 20, 1983.

Robert F. Summers, Clayton, for petitioner-appellant.

Paul Brackman, Clayton, for respondent-respondent.

## ORDER

PER CURIAM.

Patricia Powers appeals from a judgment of the Circuit Court of St. Louis County increasing child support but overruling the motion for additional maintenance, attorney's fees and costs. The evidence in support of the judgment being sufficient and no error of law appearing, the judgment of the trial court is affirmed in accordance with Rule 84.16(b).